LAW OFFICE OF
# ALLISON M. FURMAN, P.C.

260 Madison Avenue, 15th floor
New York, New York 10016
Telephone: (212) 684-9400
Facsimile: (212) 202-4781

Allison M. Furman
Allison@afurmanlaw.com

May 5, 2023

**BY ECF**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   GBML LLC v. M2B Investors, Ltd., et al.
      Case No. 1:22-cv-03138

Dear Judge Reyes:

This firm is seeking to be substituted as counsel to defendants M2B Investors Ltd. and Wall Street Mortgage Bankers Ltd. d/b/a Power Express Mortgage ("Defendants") in connection with the above-referenced matter.

Pursuant to Local Rule 1.4, this letter respectfully serves as my request to be substituted as counsel to Defendants in this matter. Defendants have advised that they wish to have me represent them in this matter going forward. The firm of Levin-Epstein & Associates, P.C. is not asserting a charging lien or a retaining lien.

There is a status conference scheduled before your Honor at 11:00am on May 8, 2023. We respectfully request that the Court briefly adjourn the status conference scheduled on May 8, 2023 until the substitution of counsel has been approved by the Court.

Based upon the foregoing, we respectfully request that the Court grant Defendants' request to substitute counsel and to adjourn the conference.

Respectfully submitted,

Allison M. Furman

cc:   All Counsel (by ECF)